UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SINOHUB SECURITIES LITIGATION.

This Document Relates To:
All Actions

Master File No:

No. 1:12-cv-08478-WHP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/24/14

## ORDER

WILLIAM H. PAULEY III, District Judge:

Upon the motion of Plaintiff, and with the appearing Defendants' consent, the Court orders as follows:

1. All pending proceedings currently before the Court, including Defendants' Motions to Dismiss (ECF Nos. 65, 68, and 90) are temporarily stayed for a period of thirty (30) days up to and including January 21, 2015;

2. Oral argument on those motions currently scheduled for January 16, 2015 at 11:00 a.m. is adjourned; and

3. The parties shall submit the agreed-upon joint stipulation, notice of settlement, proof of claim, motion for preliminary approval, and all related exhibits on or before January 21, 2015.

Dated: 12/24/14

SO ORDERED:

WILLIAM H. PAULEY, III
UNITED STATES DISTRICT JUDGE