USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/15

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE SINOHUB
SECURITIES LITIGATION

This Document Relates to: All Actions

No. 1:12-cv-08478-WHP

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND SERVICE AWARD

This matter came before the Court on the motion of Lead Plaintiff for: (1) an award of attorneys' fees and expense reimbursement; and (2) the reimbursement of the reasonable costs and expenses incurred by Lead Plaintiff Ellsworth Investments Limited ("Lead Plaintiff" or "Ellsworth Investments") in its representation of the Class in this Litigation. Having held a Final Approval Hearing on November 13, 2015, and having considered all papers and argument submitted in support of and in opposition to the motion and all proceedings in the Action,

**THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:**

1. The provisions of the Stipulation, including definitions of the terms used therein, are hereby incorporated by reference as though fully set forth herein.

2. This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all members of the Class.

3. Lead Counsel are hereby awarded 25 % of the Settlement Fund (after deduction of reimbursable expenses) in fees, which sum the Court finds to be fair and reasonable, and $ 50,000 in reimbursement of expenses, which fees and expenses shall be paid immediately upon entry of this Order to Lead Counsel from the Settlement Fund.

4. The Court finds that an award of attorneys' fees under the percentage-of-recovery method is proper in this case, and further finds that the requested fee is fair, reasonable, and

consistent with awards made in similar cases. Furthermore, the Court has reviewed the factors set forth in *Goldberger v. Integrated Res., Inc.*, 209 F.3d 43 (2d Cir. 2000), and finds that they support the award. The Court has also performed a rough lodestar cross-check and finds that the hours and rates are reasonable for the amount and specialized type of work performed. Moreover, the multiplier is well within the range of reasonableness.

5. The Court finds, that an award pursuant to 15 U.S.C. §78u-4(a)(4) to Lead Plaintiff for its reasonable costs and expenses (including lost wages) spent directly in its representation of the Class and prosecution of this action is fair and reasonable, and thus, awards Lead Plaintiff Ellsworth Investments $ 5,000 from the Settlement Fund. The facts supporting reimbursement and the amount awarded are set forth in the declaration Lead Plaintiff submitted to the Court in support of its request.

IT IS SO ORDERED.

Dated: 11/13/15

THE HONORABLE WILLIAM H. PAULEY, III
UNITED STATES DISTRICT JUDGE